# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CAUSE NO. EP-24-CR-1416-KC |
| § | |
| JAIME CEBALLOS MATURIN, § | |
|    Defendant. § | |

## NOTICE OF APPEAL

Notice is hereby given that Jaime Ceballos Maturin, Defendant herein, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the sentence in the final judgment filed on May 21, 2025.

Respectfully submitted,

Valenzuela Law Firm
701 Magoffin Avenue
El Paso, Texas 79901
 (915) 209-2719
 (915) 493-2404 fax

By:  /s/ Felix Valenzuela
State Bar No. 24076745
felix@valenzuela-law.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that, on May 28, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which shall send notification of such filing to the following: micaela.glass@usdoj.gov.

/s/ Felix Valenzuela